IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES J. NAPLES, Assignee of
Pinewood Enterprises and
GREG STEPHENS                                                                                           APPELLANTS

v.                             No.  4:13-cv-499-DPM

RENEE S. WILLIAMS, Chapter 7
Trustee, LHSW; MICHAEL E.
COLLINS, Chapter 11 Trustee; ESTATE
OF WANDA J. STEPHENS; DAVID
KIMBRO STEPHENS, Individually and on
behalf of the A. K. Tennessee Irrevocable Trust,
the Kimbro Stephens Insurance Trust, and their
equitable beneficiaries; A. K. TENNESSEE
IRREVOCABLE TRUST; UNITED STATES
TRUSTEE; KIMBRO STEPHENS INSURANCE
TRUST; and LIVING HOPE INSTITUTE, INC.                                            APPELLEES

and

JAMES J. NAPLES,
Assignee of Pinewood Enterprises                                                              APPELLANT

v.                             No. 4:13-cv-547-DPM

RENEE S. WILLIAMS, Chapter 7
Trustee, LHSW and MICHAEL E.
COLLINS, Chapter 11 Trustee, LHSE                                                        APPELLEES

and

JAMES J. NAPLES,
Assignee of Pinewood Enterprises                                                              APPELLANT

v.                              No. 4:13-cv-667-DPM

RENEE S. WILLIAMS, Chapter 7
Trustee, LHSW; UNITED STATES
TRUSTEE; and MICHAEL E.
COLLINS, Chapter 11 Trustee                                   APPELLEES

and

A.K. TENNESSEE IRREVOCABLE TRUST;
KIMBRO STEPHENS INSURANCE TRUST;
DAVID KIMBRO STEPHENS, Individually and on
behalf of all the equitable beneficiaries of the
Kimbro Stephens Insurance Trust and the A.K.
Tennessee Irrevocable Trust                                   APPELLANTS

v.                              No. 4:13-cv-670-DPM

RENEE S. WILLIAMS; MICHAEL E. COLLINS;
UNITED STATES TRUSTEE; LIVING HOPE
INSTITUTE, INC.; ESTATE OF WANDA J.
STEPHENS, a/k/a Wanda J. Stephens; and
JAMES J. NAPLES                                               APPELLEES

and

GREG STEPHENS                                                 APPELLANT

v.                              No. 4:13-cv-723-DPM

RENEE S. WILLIAMS, Chapter 7 Trustee, LHSW;
MICHAEL E. COLLINS, Chapter 11 Trustee;
JAMES J. NAPLES, Assignee of Pinewood
Enterprises, L.C.; U.S. TRUSTEE;
LIVING HOPE INSTITUTE, INC.; A.K. TENNESSEE
IRREVOCABLE TRUST; KIMBRO STEPHENS

-2-

INSURANCE TRUST; and DAVID KIMBRO
STEPHENS, Individually and on behalf of the A.K.
Tennessee Irrevocable Trust, the Kimbro Stephens
Insurance Trust, and their equitable beneficiaries                    APPELLEES

and

JAMES J. NAPLES, as Assignee
of Pinewood Enterprises, L.C.                                         APPELLANT

v.                        No. 4:14-cv-201-DPM

RENEE S. WILLIAMS, Chapter 7
Trustee and MICHAEL E.
COLLINS, Chapter 11 Trustee                                           APPELLEES

# JUDGMENT

**1.** In No. 4:13-cv-547, the substitution order is reversed on the effective date and otherwise affirmed.

**2.** In No. 4:13-cv-499, the order concluding that the stay didn't automatically terminate is affirmed.

**3.** In No. 4:13-cv-201, the order denying relief from the stay is affirmed.

**4.** In No. 4:13-cv-667, the order appointing the Trustee, as supplemented by the addendum, and as clarified by the order denying the Naples's post-trial motion, is affirmed. The order denying the post-trial motion is also affirmed.

5. In No. 4:13-cv-670, the order appointing the Trustee, as supplemented by the addendum, and as clarified by the order denying the A.K. Tennessee Irrevocable Trust, Kimbro Stephens Insurance Trust, and David Kimbro Stephens post-trial motion, is affirmed. The order denying the post-trial motion is also affirmed.

6. In No. 4:13-cv-723, the order appointing the Trustee, as supplemented by the addendum, and as clarified by the order denying the Greg Stephens (individually and as executor of the Estate of Wanda Stephens) post-trial motion, is affirmed. The order denying the post-trial motion is also affirmed.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 February 2015